Herman A. Larson, appellee, v. Charles E. Doerr, appellant. Gen. No. 29,312.

Action to recover damages sustained through negligence of defendant in driving his automobile against plaintiff's and demolishing it. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Francis Borrelli, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Affirmed. Opinion filed April 29, 1925.

Garrett, McKenna & Harris, for appellant. Alden, Latham & Young, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Fred J. Dornseif, appellee, v. David Levi, appellant. Gen. No. 29,321.

Action for slander. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Affirmed. Opinion filed April 29, 1925. Rehearing denied May 13, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Jacob G. Grossberg, for appellant. John E. Crahen, for appellee; Frank M. Padden, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Morris Lipschultz, appellant, v. Security Trust & Deposit Company, appellee. Gen. No. 29,330.

Assumpsit to recover for money and jewelry lost through negligence of the defendant. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. Charles A. McDonald, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed April 29, 1925. Rehearing denied May 13, 1925.

Pearl M. Hart and Edwin Terwilliger, Jr., for appellant. Warren B. Wilson, for appellee; Alvin E. Stein, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

H. H. Krueger and Charles H. Nowack, trading as Advertising Metal Display Company, appellees, v. John Reiner, trading as Reiner Specialty Manufacturing Company, appellant. Gen. No. 29,341.

Action to recover balance due on purchase price of merchandise. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Joseph W. Schulman, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed April 29, 1925.

William T. Pridmore, for appellant; George H. Mollan, of counsel. Moss & King, for appellees.

Mr. Presiding Justice O'Connor delivered the opinion of the court.